# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| CARIBE MEDIA, INC., et al.,[1] | ) |
|  | ) Case No. 11-_____ |
|  | ) |
| Debtors. | ) Joint Administration Requested |
|  | ) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE LARGEST UNSECURED CLAIMS

Caribe Media, Inc. ("CMI") and CII Acquisition Holding Inc. ("CII"), as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The following is the consolidated list of the Debtors' creditors holding the largest unsecured claims (the "Creditor List") based on the Debtors' books and records as of May 3, 2011. The Creditor List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Creditor List does not include (a) persons who come within the definition of "insider" as set forth in section 101(31) of the Bankruptcy Code or (b) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims on a consolidated basis. None of the creditors listed on the Creditor List are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.[2]

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Caribe Media, Inc. (9005) and CII Acquisition Holding Inc. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] After due inquiry, the Debtors believe that the attached Creditor List reflects only claims held by creditors against Debtor entities. The Debtors reserve the right to modify the Creditor List to the extent the Debtors subsequently determine that any such claims are obligations of non-Debtor affiliates or subsidiaries, or to the extent the Debtors subsequently determine that obligations the Debtors presently believe are non-Debtor obligations are actually obligations of the Debtors.

| Count | Name of Creditor | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be contacted. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|---|
| 1 | WCAS Capital Partners IV, L.P. | 320 Park Avenue Suite 2500 New York, NY 10022 Attn: John Almeida, Jr. (T) 212-893-9500 (F) 212-893-9575 | Holder of $45,000,000 Senior Subordinated Notes due March 31, 2014 | | $45,000,000.00 |

I, Chris Batson, Chief Financial Officer of the Debtors, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding the Largest Unsecured Claims and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 3, 2010

Chris Batson
Chief Financial Officer