IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
| CARIBE MEDIA, INC., | ) ) ) | Case No. 11-_____ (___) |
| Debtor. Tax I.D. No. 66-0569005 | ) ) ) ) | Joint Administration Requested |

## LIST OF EQUITY SECURITY HOLDERS

| DEBTOR | EQUITY HOLDER | ADDRESS OF EQUITY HOLDER | NUMBER OF SHARES OR UNITS HELD / PERCENTAGE OF EQUITY HELD |
|---|---|---|---|
| Caribe Media, Inc. | CII Acquisition Holding Inc. | 188 Inverness Drive West Suite 800 Englewood, CO 80112 | 100% |

I, Chris Batson, the undersigned signatory of Caribe Media, Inc., named as a debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: May 3, 2011

Chris Batson
Chief Financial Officer