IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CARIBE MEDIA, INC., | ) Case No. 11-_____ (___) |
| Debtor.<br>Tax I.D. No. 66-0569005 | ) Joint Administration Requested |

## CERTIFICATION CONCERNING CREDITOR MATRIX

The above-captioned debtor, as a debtor and debtor in possession (the "Debtor"), hereby certifies under penalty of perjury that the consolidated list of creditors submitted herewith (the "Creditor Matrix") pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format and containing the list of the Debtor's creditors, is complete, and, to the best of the Debtor's knowledge, correct and consistent with the Debtor's books and records.

The Creditor Matrix is based upon the Debtor's internal bookkeeping records and is accurate to the best of the undersigned's knowledge, information and belief, subject to further review. No comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth on the Creditor Matrix have been completed. Accordingly, the Creditor Matrix should not be deemed to constitute: (a) a waiver of any defense to any listed claims; (b) an acknowledgment of the allowability of any listed claims; or (c) a waiver of any other right or legal position of the Debtor.

I, Chris Batson, the undersigned signatory of Caribe Media, Inc., the Debtor in this case, declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my information and belief.

Dated: May 3, 2011

                                                        Chris Batson
                                                        Chief Financial Officer

**Creditor Matrix**

| Creditor Name - Full | Mailing Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Country |
|---|---|---|---|---|---|---|---|---|
| Cantor Fitzgerald Securities as Administrative Agent to the Lenders under that certain Credit Agreement dated March 31, 2006 | Cantor Fitzgerald Securities | C/O Jon Stapleton - Director, Cantor Debt Capital Markets | 110 East 59th Street | 4th Floor | | New York | NY | 10011 |
| Cantor Fitzgerald Securities as Administrative Agent to the Lenders under that certain Credit Agreement dated March 31, 2006 | Cantor Fitzgerald Securities | C/O Bobbie Young - Bank Loans Agency | 900 West Trade Street | Suite 725 | | Charlotte | NC | 28202 |
| WCAS Capital Partners IV, L.P. | WCAS Capital Partners IV, L.P. | C/O Welsh, Carson, Anderson & Stowe | Attn: John Almeida, Jr. | 320 Park Avenue | Suite 2500 | New York | NY | 10022 |
| The Berry Company LLC | The Berry Company LLC | Attn: John Fischer - General Counsel | 188 Inverness Drive West | Suite 800 | | Englewood | CO | 80112 |
| CBD Media Finance LLC | CBD Media Finance LLC | Attn: John Fischer - General Counsel | 188 Inverness Drive West | Suite 800 | | Englewood | CO | 80112 |