# EXHIBIT A

## Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CARIBE MEDIA, INC., <br><br>                Debtor. <br><br> Tax I.D. No. 66-0569005 | ) Chapter 11 <br> ) <br> ) Case No. 11-11387 (KG) <br> ) <br> ) Joint Administration Requested <br> ) |
| In re: <br><br> CII ACQUISITION HOLDING INC., <br><br>                Debtor. | ) Chapter 11 <br> ) <br> ) Case No. 11-11388 (KG) <br> ) <br> ) Joint Administration Requested <br> ) |

## ORDER DIRECTING JOINT ADMINISTRATION OF THE RELATED CHAPTER 11 CASES OF CARIBE MEDIA, INC., ET AL.

Upon the motion, dated May 3, 2011 (the "Motion"),[1] of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for entry of an order (this "Order") directing the joint administration of the Debtors' related chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was

---

[1] Capitalized terms used but not defined herein shall have those meanings ascribed to them in the Motion.

appropriate such that no other or additional notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein in its entirety.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly-administered by the Court.

3. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARIBE MEDIA, INC., et al.,[1] | ) ) | Case No. 11-11387 (KG) |
| Debtors. | ) ) ) | Jointly Administered |

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Caribe Media, Inc. (9005) and CII Acquisition Holding Inc. For the purpose of these chapter 11 cases, the service address for the Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

4. An entry shall be made on CII's chapter 11 case, substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware directing joint administration of these chapter 11 cases of: Caribe Media, Inc. and CII Acquisition Holding Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-11387 (KG).

2

5. The Debtors shall maintain, and the Clerk shall keep, one consolidated docket, one file and one consolidated service list.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of these chapter 11 cases.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2011
Wilmington, Delaware                            _____
                                                United States Bankruptcy Judge