# Exhibit A

## Organization Structure Chart


For Illustrative Purposes Only