**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| In re Caribe Media, Inc., *et al.*, | Case Nos. 11-11387(KG) |
| Debtors. | |

**STATEMENT THAT A COMMITTEE OF**
**UNSECURED CREDITORS HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(X) **Debtors' petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).**

( ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( ) Insufficient response to the United States Trustee communication/contact for service on the committee.

( ) No unsecured creditor interest

( ) Non-operating debtor-in-possession - - No creditor interest.

( ) Application to convert to Chapter 7 or to dismiss pending.

( ) Converted or dismissed.

**ROBERTA A. DEANGELIS**
**UNITED STATES TRUSTEE**

/s/ Richard L. Schepacarter
T. PATRICK TINKER
Acting Assistant United States Trustee

DATED: May 5, 2011

Trial Attorney Assigned to this case: Richard L. Schepacarter, Esquire
cc: Attorney for Debtors: Laura Davis Jones, Esquire